**In re Dave B. LUNDAHL.**

No. 2008–1151.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2008.

William W. Cochran, Cochran Freund & Young LLC, of Fort Collins, Colorado, argued for appellant. Of counsel was James R. Young.

Benjamin D.M. Wood, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief was William LaMarca, Associate Solicitor. Of counsel was Sydney O. Johnson, Jr., Acting Solicitor.

Before RADER and SCHALL, Circuit Judges, and ILLSTON, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

* Honorable Susan Illston, District Judge, United States District Court for the Northern District of California, sitting by designation.